FILED
CLERK, U.S. DISTRICT COURT

Sept 19, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| NARINE MNATSAKANYAN, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BMW of North America; and DOES 1 through 10,<br><br>　　　　　Defendants. | CASE NO.: 2:16-cv-05706 SVW(AJWx)<br>(Removed from Los Angeles County Superior Court - Case No. BC625391)<br><br>[PROPOSED] ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>Trial:　　None<br><br>JS-6 |

　　The Court, having reviewed the parties' Stipulation of Dismissal of Entire Action with Prejudice and good cause appearing, orders that this case be, and is hereby, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

　　IT IS SO ORDERED.

DATED: September 19, 2016

　　　　　　　　　　　　　　　　　　　／s／ Stephen V. Wilson
　　　　　　　　　　　　　　　　　　　Hon. Stephen V. Wilson
　　　　　　　　　　　　　　　　　　　United States District Court Judge